No. 103. SWIFT & Co. *v.* RECONSTRUCTION FINANCE CORPORATION; and

No. 104. CUDAHY PACKING Co. *v.* RECONSTRUCTION FINANCE CORPORATION. United States Emergency Court of Appeals. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of these applications. *Edward R. Johnston, Albert E. Jenner, Jr.* and *William N. Strack* for petitioner in No. 103. *Vincent O'Brien* for petitioner in No. 104. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Paul A. Sweeney* for respondent.

No. 112. ABO ET AL. *v.* McGRATH, ATTORNEY GENERAL, ET AL.;

No. 113. AOKI ET AL. *v.* BARBER, DISTRICT DIRECTOR OF IMMIGRATION & NATURALIZATION SERVICE;

No. 121. McGRATH, ATTORNEY GENERAL, ET AL. *v.* ABO ET AL.; and

No. 122. BARBER, DISTRICT DIRECTOR OF IMMIGRATION & NATURALIZATION SERVICE, *v.* AOKI ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of these applications. *Wayne M. Collins* for petitioners in Nos. 112 and 113 and respondents in Nos. 121 and 122. *Solicitor General Perlman* for petitioners in Nos. 121 and 122, and with *Mr. Perlman* for respondents in Nos. 112 and 113 were *Assistant Attorney General Baldridge, Samuel D. Slade* and *Herman Marcuse.*

No. 128. RISBERG *v.* DULUTH, MISSABE & IRON RANGE RAILWAY Co. Supreme Court of Minnesota. Certiorari denied. *David W. Louisell* for petitioner. *W. O. Bissonett* and *Donald D. Harries* for respondent.